lant.— Judgment affirmed, with costs. The 10th finding of fact, as proposed by defendant and found by the trial justice, is reversed as being against the weight of evidence. No opinion. Kelly, P. J., Rich and Jaycox, JJ., concur; Kelby, J., dissents; Kapper, J., not voting.

GEORGE A. HUHN and Others, Appellants, v. TRACY F. NEWMAN, Respondent. — Order of the County Court of Kings county affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Manning, Kelby and Kapper, JJ., concur.

EDNA W. MINION and Another, Respondents, v. CLARA F. WARNER, Appellant.— Final judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ.

WINIFRED C. MORROW, Respondent, v. WILMER L. DOTTS, Appellant.— Order reversed upon the law, with ten dollars costs and disbursements, and motion to set aside verdict and for a new trial granted, with costs to abide the event. We think the conduct of the juror in viewing the scene of the accident and conversing with one of the witnesses, during the progress of the trial, cannot be ignored as being harmless and without influence upon the verdict of the jury. (*Johnson* v. *Riter-Conley Manufacturing Co.*, 149 App. Div. 543; *Adams Laundry Machinery Co.* v. *Prunier*, 74 Misc. Rep. 529; *Luquer* v. *Bunnell*, 170 N. Y. Supp. 665; *Sparks* v. *Wakeley*, 7 Wkly. Dig. 80.) Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.

ALAN D. MORROW, Respondent, v. WILMER L. DOTTS, Appellant.— Order reversed upon the law, with ten dollars costs and disbursements, and motion to set aside verdict and for a new trial granted, with costs to abide the event, on authority of *Morrow* v. *Dotts* [*ante*, p. 788], decided herewith. Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.

WINIFRED C. MORROW, Respondent, v. WILMER L. DOTTS, Appellant.— Judgment reversed upon the law, and new trial granted, with costs to abide the event, by reason of a like disposition made in the appeals from the orders denying motions to set aside verdicts and for new trials, on account of misconduct on the part of a juror. (*Morrow* v. *Dotts, ante*, p. 788.) Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.

ALAN D. MORROW, Respondent, v. WILMER L. DOTTS, Appellant.— Judgment reversed upon the law, and new trial granted, with costs to abide the event, on authority of *Morrow* v. *Dotts* [*ante*, p. 788], decided herewith. Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.

JACOB E. PEARL, Respondent, v. MAX BRUSTEIN, Appellant, Impleaded with Others, Defendants.— Order denying inspection of the contract reversed on the law, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. (See Civ. Prac. Act, § 327.) No opinion. Kelly, P. J., Rich, Manning, Kelby and Kapper, JJ., concur.

THE PEOPLE'S TRUST COMPANY and Another, as Executors, etc., of KATE DURYEA, Deceased, and Others, Appellants, v. THE CITY OF NEW YORK, Respondent, Impleaded with Another, Defendant.— Judgment reversed upon the law, and new trial granted, with costs to abide the event. In our opinion the trial court erred in excluding evidence tending to show that lands under water were in fact included in the assessment in question. Rich, Jaycox, Kelby and Young, JJ., concur; Kelly, P. J., dissents.